# IN THE SUPREME COURT OF THE STATE OF NEVADA

AMERICAN ACCESS CASUALTY
COMPANY,
Appellant,
vs.
SILVIA FRANCO CRUZ,
Respondent.

No. 75424

**FILED**

NOV 25 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

The parties have filed a stipulation to dismiss this appeal. We approve the stipulation and hereby dismiss this appeal. As provided in the stipulation, each party shall bear their own attorney costs and fees. Further, the oral argument in this matter currently scheduled for December 2, 2020, is vacated.

It is so ORDERED.

_____*Pickering*_____, C.J.
Pickering

cc: Hon. Egan K. Walker, District Judge
Margaret M. Crowley, Settlement Judge
Lewis Roca Rothgerber Christie LLP/Las Vegas
EAD Law Group LLC
Leverty & Associates Law, Chtd.
Snell & Wilmer, LLP/Reno
Matthew L. Sharp, Ltd.
Washoe District Court Clerk

20-43015